No. 83–591.   DALTON ET AL. v. R. W. T. ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 83–597.   DALLAS COUNTY COMMISSIONERS COURT ET AL. v. RICHARDSON ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 83–603.   KIRKS v. KIRKS.   Super. Ct. N. C., Wake County.   Certiorari denied.

No. 83–611.   SCHAEFER v. STONE, TRUSTEE.   App. Dept., Super. Ct. Cal., County of San Diego.   Certiorari denied.

No. 83–612.   HAYNES v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 83–635.   VEENKANT v. COOK ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 83–639.   BELNAP v. CHANG, DIRECTOR, DEPARTMENT OF SOCIAL SERVICES AND HOUSING OF HAWAII, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–652.   PETERSON v. CHICAGO & EASTERN ILLINOIS RAILROAD CO. ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 83–653.   LEATHERBY INSURANCE CO., AKA WESTERN EMPLOYERS INSURANCE CO. v. MERIT INSURANCE CO.   C. A. 7th Cir.   Certiorari denied.

No. 83–682.   HARRIS v. CITY OF NORFOLK, VIRGINIA, ET AL. C. A. 4th Cir.   Certiorari denied.

No. 83–709.   WALTON v. SMALL BUSINESS ADMINISTRATION. C. A. D. C. Cir.   Certiorari denied.

No. 83–742.   BRADSHAW v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 83–744.   FUENTES v. MICHIGAN.   Ct. App. Mich.   Certiorari denied.

No. 83–764.   RIVERA v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.